IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLARD RAY PENDERGRASS, ) <br> AIS # 156619, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SIDNEY T. WILLIAMS, *et al.*, ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO.  2:04cv866-WHA |

**ORDER**

On July 18, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED as follows:

1. The plaintiff's motion to dismiss (doc. #51) filed on July 17, 2006 is hereby GRANTED and the plaintiff's claims against defendant Martin A. Ramsey are hereby DISMISSED with prejudice.

2. Martin A. Ramsey is dismissed as a party in this action.

3. This case be and are hereby REFERRED BACK to the Magistrate Judge for appropriate proceedings against the remaining defendants.

Done this the 14th day of August 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE