IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLARD RAY PENDERGRASS, AIS # 156619, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:04cv866-WHA ) |
| SIDNEY T. WILLIAMS, *et al.*, | ) ) ) |
| Defendants. | ) |

**ORDER**

On October 31, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation be and is hereby ADOPTED;

2. That the parole defendants' motions for summary judgment (docs. # 38, 48, 54, 57 & 67) be and are hereby GRANTED and judgment in favor of these defendants be and is hereby GRANTED;

3. That this case be and is hereby DISMISSED with prejudice; and

4. That costs of this proceeding be and are hereby TAXED against the plaintiff.

Done this the 20th day of November 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE